IH-32                                                                                            Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

Full Caption of Later Filed Case:

TORTUS CAPITAL MASTER FUND, LP

| Plaintiff |
|---|
| vs. |
| THE REPUBLIC OF ARGENTINA |
| Defendant |

**14 CV 3127**
Case Number

RECEIVED
MAY -2 2014
U.S.D.C. S.D.N.Y.
CASHIERS

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

PABLO ALBERTO VARELA and LILA INES BURGUENO, MIRTA SUSANA DIEGUEZ, MARIA EVANGELINA CARBALLO and LEANDRO DANIEL POMILIO, SUSANA AQUERRETA, MARIA ELENA CORRAL and TERESA MUNOZ DE CORRAL, NORMA ELSA LAVORATO and CARMEN IRMA LAVORATO and CESAR RUBEN VAZQUEZ, NORMA HAYDEE GINES and MARTA AZUCENA VAZQUEZ

| Plaintiff | Case Number |
|---|---|
| vs. | 10 CV 5338 (TPG) |
| THE REPUBLIC OF ARGENTINA | |
| Defendant | |

Page 1

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed         (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open           (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _Michael C. Spencer_   Date: 5/1/2014

Milberg LLP

Firm: _____