UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| TORTUS CAPITAL MASTER FUND, LP, | : Civil Action No. 14 CV 3127 (TPG) |
| Plaintiff, | : |
| -against- | : **CERTIFICATE OF SERVICE** |
| THE REPUBLIC OF ARGENTINA, | : |
| Defendant. | : |

------------------------------------------------------------------ x

Luis Raymond Velazquez, deposes and states:

    That on Thursday, June 5, 2014 at or about 3:45 p.m., I personally served a true copy of the AMENDED COMPLAINT upon Defendant The Republic of Argentina c/o Banco de la Nacion Argentina at 225 Park Avenue, New York, New York 10170.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2014

                                                                                                 _____
                                                                                      Luis Raymond Velazquez